UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
HONG CHUANG WANG, *et al.*,

                      Plaintiffs,                  **ORDER**

    -against-                                19 Civ. 281 (JCM)

CHLOE USA INC., *et al.*,

                      Defendants.
---------------------------------------------------------X

      On April 14, 2020, during a settlement conference held before the Honorable Lisa Margaret Smith, the parties reached a settlement in principle of the above-captioned action. In order to evaluate whether this settlement is a fair and reasonable compromise of the issues in this case, the parties are directed to submit their proposed settlement agreement and a cover letter in support of such agreement to the Court by April 28, 2020. Additionally, by the same date, Plaintiffs' counsel shall submit, *ex parte*, their contemporaneous time records so that the Court can determine the reasonableness of any request for attorney's fees.

Dated:   April 14, 2020
             White Plains, New York

                                                **SO ORDERED:**

                                                _____
                                                JUDITH C. McCARTHY
                                                United States Magistrate Judge