UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HONG CHUANG WANG, *et al.*,

                    Plaintiffs,

  -against-

CHLOE USA INC., *et al.*,

                    Defendants.
------------------------------------------------------------X

**ORDER**

19 Civ. 281 (JCM)

      On April 28, 2020, Plaintiffs submitted a letter motion requesting approval of the settlement agreement under *Cheeks*, (Docket No. 60), along with a copy of the settlement agreement and release signed only by Plaintiffs, (Docket No. 60-1).  On May 1, 2020, the Court requested, via e-mail, that the parties refile a fully signed and executed settlement agreement.  To date, no such agreement has been submitted to the Court.  Therefore, the parties are directed to submit a fully executed settlement agreement and release to the Court by no later than May 27, 2020.

Dated:   May 19, 2020
           White Plains, New York

                                                         **SO ORDERED:**

                                                         */s/ Judith C. McCarthy*
                                                         JUDITH C. McCARTHY
                                                         United States Magistrate Judge